## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EMMY GRACE CLARK,**<br>individually and as next friend of her minor daughters E.K.S.C. and C.A.C.<br><br>**Plaintiff,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br>1 Judiciary Square<br>441 4th Street, N.W. 6th Fl. South<br>Washington, D.C. 20004<br><br>**OFFICE OF THE STATE SUPERINTENDENT OF EDUCATION,**<br>1050 First Street, NE<br>Washington, D.C. 20002<br><br>**ANTOINETTE S. MITCHELL,**<br>State Superintendent of Education, in her official capacity,<br>1050 First Street, NE<br>Washington, D.C. 20002<br><br>**LEWIS D. FEREBEE,**<br>Chancellor of D.C. Public Schools, in his official capacity,<br>1200 First Street, NE<br>Washington, D.C. 20002<br><br>**DANIELLE S. SINGH,**<br>Principal, Janney Elementary School, in her official capacity,<br>1200 First Street, NE<br>Washington, D.C. 20002<br><br>**Defendants.** | **Civil Action No. 25-cv-2050** |

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a) and 1446 and Fed. R. Civ. P. 81(c), Defendants (collectively, "the District") remove *Emmy Grace Clark v. District of Columbia, et al.*, No. 2025-CAB-003239, from the Superior Court of the District of Columbia to this Court.  A party may remove a civil action brought in Superior Court if this Court would have original jurisdiction over the action.  28 U.S.C. §§ 1441(a), 1451(1).  This Court has "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  *Id.* § 1331.  Plaintiff's Complaint alleges violations of federal law.  Defs.' Ex. A, Compl. ¶ 19.  Plaintiff expressly invokes violations of Section 504 of the Rehabilitation Act, Title II of the ADA, Title VI of the Civil Rights Act, and 42 U.S.C. § 1983.  *Id.*; *Matthews v. District of Columbia*, 675 F. Supp. 2d 180, 185 (D.D.C. 2009) ("A plaintiff's claim under 42 U.S.C. § 1983 that a defendant violated his . . . rights is a claim arising under the laws of the United States.").  Plaintiff's Complaint implicitly suggests a possible claim for retaliation under the First Amendment.  *E.g.*, Compl. ¶ 30–34, 147–55.  This action thus "aris[es] under" federal law.  28 U.S.C. § 1331.  Venue is proper in this district because Plaintiff challenges a District agency's action, so a "substantial part of the events or omissions giving rise to the claim occurred" in this district.  *Id.* § 1391(b)(2); Compl. ¶ 21.  This notice of removal is timely because it is filed on June 27, 2025, and the District was served with the Complaint on May 29, 2025.  *See id.* § 1446(b)(1) (notice of removal is timely if "filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading").  Copies of all process, pleadings, and orders served on the District are attached.  After this notice of removal is filed in this Court, the District will file the notice with the Clerk of the Court for the Superior Court and serve a copy on Plaintiff.

Date: June 27, 2025.                                                    Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Mateya B. Kelley*
MATEYA B. KELLEY [888219451]
GREGORY KETCHAM-COLWILL [1632660]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
(202) 724-7854
mateya.kelley@dc.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on June 27, 2025, and pursuant to LCvR 5.4(d)(2), I served a copy of the foregoing Notice of Removal by mail to:

Emmy Grace Clark
4317 River Rd NW, Apt. 3
Washington, D.C. 20016
Plaintiff *Pro Se*

*/s/ Mateya B. Kelley*
MATEYA B. KELLEY
Assistant Attorney General